IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LISA R. LOPEZ                                                                                             PLAINTIFF

vs.                                         Civil No. 4:13-cv-04049

CAROLYN COLVIN                                                                                  DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 7th day of August 2014, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/   Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE